UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOSTALGIC PARTNERS, LLC, d/b/a THE STATEN ISLAND YANKEES; ONEONTA ATHLETIC CORPORATION, d/b/a THE NORWICH SEA UNICORNS; SPORTS ENTERPRISES, INC. d/b/a SALEM-KEIZER VOLCANOES; and TRI-CITY VALLEYCATS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL, AN UNINCORPORATED ASSOCIATION d/b/a MAJOR LEAGUE BASEBALL, <br><br>Defendant. | STIPULATION AND PROPOSED ORDER REGARDING SERVICE AND SCHEDULE FOR DEFENDANT TO RESPOND TO COMPLAINT <br><br>Case No: 1:21-cv-10876-ALC |

**STIPULATION**

WHEREAS, Plaintiffs filed a Complaint against Defendant in the above-captioned action on December 20, 2021 (the "Complaint"); and

WHEREAS, counsel for Defendant has agreed to accept service of the Summons and Complaint; and

WHEREAS, counsel for Plaintiffs and Defendant have met and conferred and have agreed to extend Defendant's time to respond to the Complaint.

**NOW THEREFORE**, Plaintiffs and Defendant jointly stipulate and agree as follows:

1. Defendant's counsel agrees to accept service of the Complaint on Defendant's behalf, and Defendant hereby waives any objections with respect to the sufficiency of service of the Complaint;

2. Defendant does not waive, and hereby expressly reserves, all rights and defenses except for any defense with respect to the sufficiency of service of the Complaint;

3. Defendant's time to respond to the Complaint shall be extended to February 18, 2022; and

4. This Stipulation may be executed in counterparts, each of which will be deemed an original and together will constitute one document. An electronic signature on this Stipulation will be considered an original signature.

**SO STIPULATED AND AGREED**.


[SIGNATURES FOLLOW]

DATED:  December 29, 2021
        New York, New York

Respectfully submitted,

By: _____
David J. Lender (NY Bar 2583722)
Eric S. Hochstadt (NY Bar 4222683)
Zachary A. Schreiber (NY Bar 5612429)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
david.lender@weil.com
eric.hochstadt@weil.com
zach.schreiber@weil.com

James W. Quinn (NY Bar 1304500)
Emily M. Burgess (NY Bar 5307038)
**BERG & ANDROPHY**
120 W. 45th St., 38th Floor
New York, New York 10036
Tel: (646) 766-0073
Fax: (646) 219-1977
jquinn@bafirm.com
eburgess@bafirm.com

*Counsel for Plaintiffs*

By: _____
John L. Hardiman
Benjamin R. Walker
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
hardimanj@sullcrom.com
walkerb@sullcrom.com

*Counsel for Defendant*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above, it is so ordered.

DATED: _____
        New York, New York

                                                      Hon. Andrew L. Carter, Jr.
                                                      United States District Judge