UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

NOSTALGIC PARTNERS, LLC, *d/b/a The Staten Island Yankees,* ET AL.,

                      **Plaintiffs,**

         -against-

THE OFFICE OF THE COMMISSIONER OF BASEBALL, *an Unincorporated Association d/b/a Major League Baseball*,

                      **Defendant.**

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 14, 2022

1:21-cv-10876 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant's letter requesting a pre-motion conference regarding an anticipated motion to dismiss and Plaintiffs' letter in opposition. ECF Nos. 18 and 21. Defendant's request is DENIED and Defendants are GRANTED leave to file a motion to dismiss. The parties are ordered to confer and submit a proposed briefing schedule to the Court no later than March 21, 2022.

       The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 18.

**SO ORDERED.**

**Dated:   March 14, 2022**
           **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**