## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
NOSTALGIC PARTNERS, LLC, d/b/a      :
THE STATEN ISLAND YANKEES;          :
ONEONTA ATHLETIC                    :
CORPORATION, d/b/a THE NORWICH      :
SEA UNICORNS; SPORTS                :
ENTERPRISES, INC., d/b/a SALEM-     :
KEIZER VOLCANOES; and TRI-CITY      :
VALLEYCATS, INC.,                   :              21 Civ. 10876 (ALC)
                                    :
                 Plaintiffs,        :       ORAL ARGUMENT REQUESTED
          v.                        :
                                    :
THE OFFICE OF THE COMMISSIONER      :
OF BASEBALL, AN                     :
UNINCORPORATED ASSOCIATION          :
d/b/a MAJOR LEAGUE BASEBALL,        :
                                    :
                 Defendant.         :
                                    :
-------------------------------------------------------- x
```

### DECLARATION OF BENJAMIN R. WALKER IN SUPPORT OF
### DEFENDANT'S MOTION TO DISMISS

I, Benjamin R. Walker, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am admitted to practice law in the State of New York and am a partner with the law firm Sullivan & Cromwell LLP, counsel for Defendant The Office of the Commissioner of Baseball ("MLB") in the above-captioned action.  I am familiar with the facts asserted herein based on either personal knowledge or from an examination of the documents attached hereto.

2.      I respectfully submit this declaration to provide the Court with the materials cited in Defendant's April 22, 2022 Memorandum of Law in Support of Its Motion To Dismiss.

3.      Attached hereto are true and correct copies of the following:

Excerpts of the Professional Baseball Agreement, referred to in
Plaintiffs' Complaint in Paragraphs 50, 51, 55, and 60               Exhibit 1

Excerpts of the Major League Rules, referred to in Plaintiffs'
Complaint in Paragraph 50                                            Exhibit 2

Press release, dated February 12, 2021, entitled "MLB Announces
Minor League Baseball Teams," referred to in Plaintiffs' Complaint in
Paragraph 98 (footnote 7)                                            Exhibit 3


Executed on April 22, 2022 in New York, New York.

/s/ Benjamin R. Walker
Benjamin R. Walker