UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | | |
|---|---|---|
| NOSTALGIC PARTNERS, LLC, D/B/A THE STATEN ISLAND YANKEES; ONEONTA ATHLETIC CORPORATION, D/B/A THE NORWICH SEA UNICORNS; SPORTS ENTERPRISES, INC., D/B/A SALEM-KEIZER VOLCANOES; TRI-CITY VALLEYCATS, INC., | : : : : : : : | 21-cv-10876 (ALC) |
| Plaintiffs, | : : | ORDER SETTING A SCHEDULE FOR RESPONSES TO A SUBMISSION BY THE UNITED STATES |
| -against- | : : : : : : | |
| THE OFFICE OF THE COMMISSIONER OF BASEBALL, AN UNINCORPORATED ASSOCIATION D/B/A MAJOR LEAGUE BASEBALL | : : : : : | |
| Defendant. | : | |

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On June 15, the United States submitted a statement pursuant to 28 U.S.C. § 517. The parties are ordered to file any response to this statement by July 1, 2022.

**SO ORDERED.**

**Dated: June 17, 2022**
    **New York, New York**

                                                                                             /s/ Andrew L. Carter, Jr.
                                                                                            **ANDREW L. CARTER, JR.**
                                                                                            **United States District Judge**