UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
NOSTALGIC PARTNERS, LLC d/b/a THE
STATEN ISLAND YANKEES, ONEONTA
ATHLETIC CORPORATION d/b/a THE
NORWICH SEA UNIVORNS, SPORTS
ENTERPRISES, INC. D/B/A SALEM-KEIZER
VOLCANUES, and TRI-CITY VALLEYCATS, INC.,

        Plaintiffs,

  -against-

THE OFFICE OF THE COMMISSIONER OF
BASEBALL, AN UNINCORPORATED
ASSOCIATION d/b/a MAJOR LEAGUE
BASEBALL,

        Defendants.
------------------------------------------------------------------ x

21-CV-10876 (ALC)

<u>ORDER ON MOTION TO WITHDRAW</u>

**ANDREW L. CARTER, JR., District Judge:**

  Emily Burgess, Esq., an attorney of record for Nostalgic Partners, LLC d/b/a The Staten Island Yankees, Oneonta Athletic Corporation d/b/a The Norwich Sea Unicorns, Sports Enterprises, Inc. d/b/a Salem-Keizer Volcanoes, and Tri-City ValleyCats, Inc., moved for leave to withdraw as counsel by motion dated October 11, 2022.  ECF No. 40.  Counsel has provided the Court with a sufficient basis for withdrawal.

  Accordingly, Emily Burgess, Esq. is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

  The Clerk of the Court is directed to terminate ECF No. 40.

**SO ORDERED.**

**Dated:  October 12, 2022**
      **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**