UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOSTALGIC PARTNERS, LLC, d/b/a THE STATEN ISLAND YANKEES; ONEONTA ATHLETIC CORPORATION, d/b/a THE NORWICH SEA UNICORNS; SPORTS ENTERPRISES, INC. d/b/a SALEM-KEIZER VOLCANOES; and TRI-CITY VALLEYCATS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL, AN UNINCORPORATED ASSOCIATION d/b/a MAJOR LEAGUE BASEBALL,<br><br>Defendant. | NOTICE OF APPEAL<br><br>INDEX NO.<br>1:21-CV-10876-ALC |

**PLEASE TAKE NOTICE** that Plaintiffs Nostalgic Partners, LLC d/b/a the Staten Island Yankees, Oneonta Athletic Corporation, d/b/a the Norwich Sea Unicorns, Sports Enterprises, Inc., d/b/a Salem-Keizer Volcanoes, and Tri-City ValleyCats, Inc. appeal to the United States Court of Appeals for the Second Circuit from the Court's October 26, 2022 Opinion Granting Motion to Dismiss granting Defendant The Office of the Commissioner of Baseball, an unincorporated association d/b/a Major League Baseball's motion to dismiss (ECF No. 42) in the above-captioned case.

[SIGNATURES FOLLOW]

DATED: October 31, 2022  Respectfully submitted,
New York, New York

By: */s/ David J. Lender*
David J. Lender (NY Bar 2583722)
Gregory Silbert (NY Bar 4244984)
Eric S. Hochstadt (NY Bar 4222683)
Zachary A. Schreiber (NY Bar 5612429)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
david.lender@weil.com
gregory.silbert@weil.com
eric.hochstadt@weil.com
zach.schreiber@weil.com

Mark Pinkert (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Ave., Suite 1200
Miami, FL 33131
Tel: (305) 577-3148
mark.pinkert@weil.com

James W. Quinn (NY Bar 1304500)
**BERG & ANDROPHY**
120 W. 45th St., 38th Floor
New York, New York 10036
Tel: (646) 766-0073
Fax: (646) 219-1977
jquinn@bafirm.com

*Counsel for Plaintiffs*